WILLIAM H. GEER, Landlord, Respondent, *v.* ARTHUR NOONAN, Tenant, Appellant■

Supreme Court, Appellate Term, First Department, June 28, 1946.

*Julian A. Oshlag* for appellant.

*Harry A. Sindell* and *Louis Levine* for respondent.

MEMORANDUM *Per Curiam.* The landlord shows compliance with the condition contained in the certificate issued to him under subdivision (b) of section 6 of the Rent Regulation for Housing in the New York City Defense-Rental Area (8 Federal Register 13918). Subdivision (a) of section 6, on which the tenant bases his appeal, has no application where a certificate is issued under subdivision (b) of section 6.

The final order and order denying motion to set aside final order should be affirmed, with $25 costs.

HAMMER, SHIENTAG and EDER, JJ., concur.

Orders affirmed.